IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

        Petitioner,                  No. CIV S-08-0878 LKK GGH P

    vs.

T. FELKER, et al.,

        Respondents.             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In addition, after reviewing the petition it is not clear what claim petitioner is trying to raise. It appears that petitioner may be challenging a prison regulation limiting the number of administrative appeals inmates may file. Such a claim does not challenge the validity of petitioner's conviction or sentence, as required by 28 U.S.C. § 2254. Rather, such a claim challenges a condition of confinement and should be raised in a civil rights action pursuant to 42 U.S.C. § 1983.

So that petitioner may clarify the claims he is raising, the petition is dismissed with leave to amend. Rule 4, Rules Governing Section 2254 Cases. If petitioner is challenging a condition of confinement rather than the legality of his conviction or sentence, he should file a civil rights complaint.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The petition is dismissed with thirty days to file an amended petition; petitioner should file a complaint rather than an amended petition if he raises claims challenging the conditions of his confinement;

3. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: 05/27/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

GGH:ak  
will0878.101a