IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Petitioner,           No. CIV S-08-0878-LKK-GGH P

    vs.

T. FELKER, et al.,

    Respondents.      <u>ORDER</u>

_____/

    Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of May 27, 2008. Attached to this request is an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's June 23, 2008, request for an extension of time (Docket #5) is granted;

    2. Petitioner is granted thirty days from the date of this order in which to file an amended petition;

    3. Petitioner's application to proceed in forma pauperis is granted.

DATED: 07/14/08

                          /s/ Gregory G. Hollows

                          GREGORY G. HOLLOWS
                          UNITED STATES MAGISTRATE JUDGE

GGH:cm
will0878.111