IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Petitioner,               No. CIV S-08-0878-LKK-GGH P

    vs.

T. FELKER, et al.,

    Respondents.        ORDER

_____/

    Petitioner has requested an extension of time to file an amended petition pursuant to the court's order of July 15, 2008.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's July 28, 2008 request for an extension of time (Docket #11) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file an amended petition.

DATED: 08/04/08

                                /s/ Gregory G. Hollows

                                GREGORY G. HOLLOWS
                                UNITED STATES MAGISTRATE JUDGE

GGH:cm
will0878.111(2)