IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Plaintiff,                        No. CIV S-08-0878 LKK GGH P

    vs.

T. FELKER, et al.,

    Defendants.                  ORDER

_____/

       On December 1, 2008, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 19, 2008, dismissing the complaint with leave to amend. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

       Therefore, IT IS HEREBY ORDERED that upon reconsideration, the order of the magistrate judge filed November 19, 2008, is affirmed; plaintiff's amended complaint is due within thirty days of the date of this order.

DATED: December 23, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT