IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Plaintiff,                    No. CIV S-08-0878 LKK GGH P

    vs.

T. FELKER, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On December 31, 2008, plaintiff filed a motion to stay this action for ninety days because he is being housed in administrative segregation "through no fault of his own."

        Plaintiff originally filed this action on April 25, 2008, as a habeas corpus petition. On May 27, 2008, the court granted plaintiff thirty days to file either an amended petition or a civil rights complaint. On July 15, 2008, the court granted plaintiff's request for extension of time to file his amended petition/complaint. On August 4, 2008, the court granted plaintiff's second request for extension of time to file his amended petition/complaint.

        On September 8, 2008, plaintiff filed a complaint. On November 19, 2008, the court dismissed the complaint with thirty days to file an amended complaint. On December 23, 2008, the court granted plaintiff a thirty day extension of time to file an amended complaint.

/////

1

The court cannot delay this action for ninety days while plaintiff is administrative segregation. As indicated above, the court has already been generous in granting plaintiff's requests for extension of time. Plaintiff is granted thirty days to file an amended complaint. No further requests for extension of time will be granted but for a showing of substantial cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay this action (no. 28) is denied;

2. Plaintiff's amended complaint is due within thirty days of the date of this order.

DATED: January 16, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

wil878.den