IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

       Plaintiff,                    No. CIV S-08-0878 LKK GGH P

    vs.

T. FELKER, et al.,

       Defendants.            FINDINGS & RECOMMENDATIONS

                                /

        On September 30, 2009, the Honorable Lawrence K. Karlton granted plaintiff thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint.

        For the reasons given in the September 30, 2009, order IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

\\\\\

1

1 | Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
2 | within the specified time may waive the right to appeal the District Court's order.
3 | DATED: December 8, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

7 | wil878.wpd