IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

      Plaintiff,                       No. CIV S-08-0878 LKK GGH P

     vs.

T. FELKER, et al.,

      Defendants.                <u>ORDER</u>

_____/

        On September 30, 2009, the Honorable Lawrence K. Karlton dismissed all of the claims in plaintiff's complaint but for his claim alleging violation of his right to access the courts. Plaintiff was granted thirty days to file an amended complaint regarding his access to the courts claim.

        Thirty days passed and plaintiff did not file an amended complaint. Accordingly, on December 9, 2009, the undersigned recommended that this action be dismissed. On December 23, 2009, plaintiff filed objections to the findings and recommendations. Plaintiff alleges that he was not required to file an amended complaint because the court had not yet ruled on his request for reconsideration of the September 30, 2009, order. Attached to the objections is a copy of a motion for reconsideration of the September 30, 2009, order. This motion is signed by plaintiff on October 13, 2009. Plaintiff did not provide the court with a copy of the proof of

service for this motion.

      The court did not receive plaintiff's request for reconsideration.  In order to determine whether the motion for reconsideration should be deemed timely, plaintiff must provide the court with a copy of his proof of service for this motion.

      Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall file a copy of the proof of service for his request for reconsideration of the September 30, 2009, order.

DATED: January 5, 2010

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

will878.ord