1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KIRK DOUGLAS WILLIAMS,

11              Plaintiff,                    No. CIV S-08-0878 LKK GGH P

12        vs.

13   T. FELKER, et al.,

14              Defendants.                   ORDER

15   _____/

16              On September 30, 2009, the Honorable Lawrence K. Karlton granted plaintiff

17   thirty days to file an amended complaint.  Thirty days passed and plaintiff did not file an

18   amended complaint.  Accordingly, on December 9, 2009, the undersigned recommended that this

19   action be dismissed.

20              On December 23, 2009, plaintiff filed objections to the findings and

21   recommendations.  Plaintiff alleged that he was not required to file an amended complaint

22   because the court had not yet ruled on his request for reconsideration of the September 30, 2009,

23   order.  Attached to the objections was a copy of a motion for reconsideration of the September

24   30, 2009, order signed by plaintiff on October 13, 2009.

25              The court did not receive plaintiff's motion for reconsideration for some unknown

26   reason.  However, in order to determine whether to deem plaintiff's motion for reconsideration

                                                    1

1 timely, on January 6, 2010, the court ordered plaintiff to file within fourteen days a copy of the

2 proof of service of his motion. On January 25, 2010, plaintiff was granted an extension of time

3 until February 8, 2010, to respond to the January 6, 2010, order.

4 On February 9, 2010, plaintiff filed a "motion for clarification" attached to which

5 is a proof of service for the motion for reconsideration indicating that on October 15, 2009, he

6 gave it to prison officials to mail. Good cause appearing, pursuant to the mailbox rule, plaintiff

7 timely filed his motion for reconsideration.

8 Accordingly, IT IS HEREBY ORDERED that:

9 1. The December 9, 2009, findings and recommendations are vacated;

10 2. Plaintiff's motion for clarification (no. 52) is deemed resolved.

11 DATED: February 24, 2010

12 /s/ Gregory G. Hollows

13 UNITED STATES MAGISTRATE JUDGE

14 wil878.vac

15

16

17

18

19

20

21

22

23

24

25

26