IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Plaintiff,    No. CIV S-08-0878 LKK GGH P

    vs.

T. FELKER, et al.,

    Defendants.    ORDER

_____/

    On May 12, 2010, plaintiff filed a motion for law library access in order to file an amended complaint. On May 21, 2010, plaintiff filed his third amended complaint. Therefore, plaintiff's motion for law library access is denied as moot.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for law library access (Doc. 59) is denied as moot.

DATED: June 3, 2010

                /s/ Gregory G. Hollows

                GREGORY G. HOLLOWS
                UNITED STATES MAGISTRATE JUDGE

GGH: AB
will878.ord2