IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIRK DOUGLAS WILLIAMS,

    Plaintiff,                    No. CIV S-08-0878 LKK GGH P

    vs.

T. FELKER, et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and informa pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

        On July 27, 2010, the undersigned issued findings and recommendations that plaintiff's second amended complaint be dismissed with prejudice. On August 4, 2010, plaintiff filed a motion for reconsideration that the court construed as objections to the findings and recommendations. Plaintiff has already filed two motions for extensions to file more objections that were denied. Doc. 66.

        Plaintiff has now filed a motion to supplement a motion for reconsideration. Doc. 67. As the district judge assigned to this case has not adopted the findings and recommendations, there is no order to be reconsidered. To the extent plaintiff wishes to filed additional objections, any such request is denied.

1

IT IS HEREBY ORDERED that plaintiff's motion, Doc. 67, is denied.

DATED: September 8, 2010

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH: AB
will878.ord4